Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
josh@bensonallred.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN ENGEL, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WARM SPRINGS ROAD CVS, L.L.C., a Nevada limited liability company; CVS PHARMACY, INC., a Delaware corporation; DOES I-V; and ROE CORPORATIONS I-V, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-01652-JCM-BNW<br><br>**SUBSTITUTION OF ATTORNEY** |

Plaintiff, SUSAN ENGEL, hereby substitutes Joshua L. Benson, Esq., of the law firm of BENSON ALLRED INJURY LAW, 333 N. Rancho Drive, Suite 420, Las Vegas, NV 89106, as attorney of record in place and stead of Joseph F. Schmitt, Esq. of the law office of LERNER & ROWE INJURY ATTORNEYS.

DATED: Oct 30, 2023

_____
Susan Engel (Oct 30, 2023 16:47 PDT)
Susan Engel, Plaintiff

I consent to the above substitution.

DATED: 10/30/23

_____
Joseph F. Schmitt, Esq. LERNER & ROWE INJURY ATTORNEYS

///
///
///
///

1

Case No.: 2:23-cv-01652-JCM-BNW

I am duly admitted to practice in this District. Above substitution accepted.

DATED: 10/30/23

Joshua L. Benson, Esq. BENSON ALLRED INJURY LAW

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 10/31/2023

2