Marjorie E. Kratsas
Nevada Bar No. 12934
mkratsas@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702.251.4100 ♦ Fax: 702.251.5405
*Attorneys for Defendant Warm Springs Road*
*CVS, LLC, and CVS Pharmacy*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

****

| | |
|---|---|
| SUSAN ENGEL, individually, <br><br> Plaintiff, <br><br> v. <br><br> WARM SPRINGS ROAD CVS, LLC, a Nevada limited liability company; CVS PHARMACY, INC. a Delaware corporation; DOES I-V; and ROE CORPORATIONS I-V, inclusive, <br><br> Defendants. | Case No. 2:23-cv-01652-JCM-BNW <br><br> **STIPULATION AND ORDER TO CONDUCT LIMITED DISCOVERY AFTER THE CLOSE OF DISCOVERY** |

    Plaintiff SUSAN ENGEL, individually, and Defendants WARM SPRINGS ROAD CVS, L.L.C., and CVS PHARMACY, INC., (hereinafter collectively referred to as the "Defendants"), by and through their respective counsel, hereby enter into this Stipulation and Order to Conduct Limited Discovery after the Close of Discovery as follows:

    The close of discovery is November 11, 2024. On October 28, 2024, Plaintiff's counsel emailed a Notice of Taking Deposition of Defendants' FRCP 30(b)(6). The Notice of Deposition was unilaterally set for November 11, 2024. The Notice for Deposition contained 30 Topics, which in part, have been objected to. It is anticipated that multiple designees will be identified to cover respective Topics. It is logistically impossible to identify, coordinate, prepare, and present the respective Designees within the time frame that the unilateral Notice and the close of discovery deadline allow.

The parties herein, therefore, agree and request that the Court hereby ORDER, ADJUDGE, and DECREE as follows:

The depositions of the Designees identified to offer testimony pursuant to the Notice of Taking Deposition of Defendants' FRCP 30(b)(6), only, are permitted to be conducted after the November 11, 2024, close of discovery deadline. The deadline to conduct the depositions is March 11, 2025.

All other prescribed deadlines will remain as previously ordered.

**IT IS SO STIPULATED**

DATED this 7th day of November, 2024

WOOD, SMITH, HENNING & BERMAN LLP

By      */s/ Marjorie E. Kratsas*
Marjorie E. Kratsas
Nevada Bar No. 12934
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. 702.251.4100
*Attorneys for Defendant Warm Springs Road CVS, LLC, and CVS Pharmacy*

DATED this 7th day of November, 2024    BENSON ALLRED

By      */s/ Joshua L. Benson*
Joshua L. Benson
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Tel.  702.820.0000
*Attorney for the Plaintiff*

### **ORDER**

Pursuant to the foregoing stipulation and order of counsel for all parties, good cause appearing therefore; IT IS HEREBY ORDERED that this Stipulation and Order to allow the depositions of Defendants' Designees to Plaintiff's Notice of Taking Deposition of Defendants'

1  FRCP 30(b)(6) is GRANTED. Plaintiff may take the depositions, only, of the Designees after the

2  November 11, 2024, close of discovery and prior to March 11, 2025.

DATED this __8__ day of November, 2024

_____
UNITED STATES MAGISTRATE JUDGE