1
2
3
4                               UNITED STATES DISTRICT COURT
5                                       DISTRICT OF NEVADA
6                                                * * *
7   SUSAN ENGEL,                                          Case No.2:23-CV-1652 JCM (BNW)
8                              Plaintiff(s),
                                                                          ORDER
9        v.
10  WARM SPRINGS ROAD CVS, LLC, et al.,
11                             Defendant(s).
12
13         Presently before the court is plaintiff Susan Engel, defendant Warm Springs Road CVS,
14  LLC, and defendant CVS Pharmacy, Inc.'s stipulation to dismiss with prejudice. (ECF No. 56).
15  Based upon the foregoing stipulation of counsel, this court ORDERS as follows:
16         1. That ase No. 2:23-cv-01652-JCM-BNW, shall be dismissed as to WARM SPRINGS
17            ROAD CVS, LLC, CVS PHARMACY, INC, and CVS HEALTH CORPORATION
18            as well as its past and present parent, subsidiary and affiliate entities, and the past,
19            present and future officers, directors, employees, partners, stockholders, attorneys,
20            employees, agents, servants, representatives, owners, contractors and insurers are
21            dismissed with prejudice. It is further stipulated and agreed that all claims against any
22            other party which arise out of the alleged acts or omissions of to WARM SPRINGS
23            ROAD CVS, LLC, CVS PHARMACY, INC. and CVS HEALTH CORPORATION
24            shall also be dismissed in their entry with prejudice;
25         2. Each party is to bear their own attorneys' fees and costs;
26         3. That the Jury Fees paid will be returned.
27  . . .
28  . . .

**Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the parties' stipulation to dismiss (ECF No. 56) is GRANTED and accordingly, this case is dismissed with prejudice.

IT IS FURTHER ORDERED that defendants' motions to seal (ECF Nos. 29, 49) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that all remaining motions (ECF Nos. 26, 33, 34) be DENIED as moot.

DATED October 24, 2025.

_____
UNITED STATES DISTRICT JUDGE